```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 03891
   DEBORAH A HENDERSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-5953


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/06/2007 and was not confirmed.

      The case was dismissed without confirmation 07/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED VEHIC    10875.00            .00             .00
HSBC AUTO FINANCE          UNSECURED         5153.06            .00             .00
ASHLEY STEWART             UNSECURED        NOT FILED           .00             .00
PATHOLOGY CONSULTANTS OF   UNSECURED        NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         2284.16            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          873.00            .00             .00
FIRST PREMIER BANK         UNSECURED        NOT FILED           .00             .00
HOUSEHOLD RECOVERY SERVI   UNSECURED        NOT FILED           .00             .00
ILL COLL SVC               UNSECURED        NOT FILED           .00             .00
LVNV FUNDING               UNSECURED        NOT FILED           .00             .00
FINGERHUT                  UNSECURED        NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED          522.02            .00             .00
NCO FIN/55                 UNSECURED        NOT FILED           .00             .00
NUVELL CREDIT CORPORATIO   UNSECURED        14307.01            .00             .00
PROFESSIONAL ACCOUNT MGM   UNSECURED        NOT FILED           .00             .00
RJM AQUISITIONS FUNDING    UNSECURED           73.18            .00             .00
SEARS/CBSD                 UNSECURED        NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED         1087.60            .00             .00
ROUNDUP FUNDING LLC        UNSECURED          386.17            .00             .00
COLUMBUS BANK & TRUST      UNSECURED        NOT FILED           .00             .00
CAVALRY INVESTMENTS LLC    UNSECURED         3639.61            .00             .00
UCB COLLECTIONS            UNSECURED           68.40            .00             .00
US DEPT OF EDUCATION       UNSECURED        11175.35            .00             .00
AMERICASH LOANS LLC        UNSECURED          917.77            .00             .00
PALISADES COLLECTION LLC   UNSECURED          818.51            .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      284.00            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          .00                             .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00


        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03891 DEBORAH A HENDERSON
```

```
PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                     ---------------      ---------------
TOTALS                                          .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/23/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE